**Alfred Lee MAULDIN, Petitioner— Appellant,**

v.

**Tracy W. JOHNS, Warden, Respondent—Appellee,**

and

**Alberto R. Gonzales, Respondent.**

No. 07–6199.

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2007.

Decided: July 20, 2007.

Alfred Lee Mauldin, Appellant Pro Se. David Thomas Huband, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Lee Mauldin, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mauldin v. Stansberry*, No. 5:06–hc–02023–D (E.D.N.C. filed Feb. 1, 2007; entered Feb. 2, 2007). We deny Mauldin's motions to remand, for appointment of counsel, and to consolidate this appeal with No. 07–6643. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*